# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY, | CV F   06-0234 AWI SMS HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | [Doc. 8] |
| TULARE COUNTY SHERIFF DEPARTMENT, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 1, 2006, the Magistrate Judge issued Findings and Recommendations recommending that the second amended petition for writ of habeas corpus be dismissed. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.[1]  Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

///

---

[1] On June 7, 2006, the Findings and Recommendations were re-served on Petitioner at his new address of record, which was filed on May 12, 2006.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 1, 2006, is ADOPTED IN FULL;
2. The Second Amended Petition for Writ of Habeas Corpus is DISMISSED;
3. The Clerk of the Court is DIRECTED to close this action.  This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:     September 28, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE